**E-FILED**
Thursday, 16 September, 2004 01:52:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
SEP 16 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JERRY L. DEEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-3125 |
| | ) | |
| TIMOTHY DA ROSA, *et al.* | ) | The Honorable |
| | ) | RICHARD MILLS, |
| Defendants. | ) | Judge Presiding. |

## NOTICE OF FILING BY MAIL

TO: JAMES P. BAKER
415 South Seventh Street
Springfield, IL 62701

PLEASE TAKE NOTICE that on September 9, 2004, I filed the original plus four copies of the attached Motion to Withdraw the Record with the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, 600 E. Monroe Street, 151 U.S. Courthouse, Springfield, IL 62701, by depositing the same in the United States mail at 100 West Randolph Street, Chicago, Illinois 60601, before 5:00 p.m.

LISA MADIGAN
Attorney General
State of Illinois

BY: ______________________

TIMOTHY K. McPIKE
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2546